IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK CARLTON and BRANDON BOWMAN, individually and on behalf of all others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-2464 |
| COMPLETE PRODUCTION SERVICES, INC., | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action is dismissed.

SIGNED on November 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge